**Fill in this information to identify the case:**

Debtor 1: STEPHANIE BROOKS-MANNING

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN    District of PA
(State)

Case Number: 15-18746 JKF

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FLAGSTAR BANK, FSB    **Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 6566

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No.
☒ Yes. Date of last notice: April 17, 2017

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | 1/2016-2/2017 | (3) | $1,026.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 5/5/2017 Notice of Default | (5) | $50.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. | Other. Specify: pursuant to paragraphs 3,4, 5 of the Stipulation filed with Court on March 2, 2017 and approved on March 5, 2017 | 1/2016-11/2016 11 payments at $2,482.14 each | (11) | $27,303.54 |
| 12. | Other. Specify: pursuant to paragraphs 3,4, 5 of the Stipulation filed with Court on March 2, 2017 and approved on March 5, 2017 | 12/2016-2/2017 3 payments at $2,511.56 each | (12) | $7,534.68 |
| 13. | Other. Specify: pursuant to paragraphs 3,4, 5 of the Stipulation filed with Court on March 2, 2017 and approved on March 5, 2017 | 2/16/2017 Suspense | (13) | ($2,000.00) |
| 14. | Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Jerome Blank, Esquire                                        Date   June 23, 2017
    Signature

Print:       Jerome Blank, Esq., Id. No.49736                        Title
             First Name      Middle Name        Last Name

Company      Phelan Hallinan Diamond & Jones, LLP

Address      1617 JFK Boulevard, Suite 1400

             Philadelphia, PA 19103

Contact Phone   215-563-7000                                         Email   jerome.blank@phelanhallinan.com