**Fill in this information to identify the case:**

Debtor 1: STEPHANIE BROOKS-MANNING

Debtor 2:
(Spouse, if filing)

United States Bankruptcy Court for the: EASTERN    District of PA
(State)

Case Number: 15-18746 ELF

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** FLAGSTAR BANK, FSB       **Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 6566

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No.
☒ Yes. Date of last notice: June 23, 2017

---

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates Incurred | Amount |
|---|---|---|---|
| 1. | Late Charges | | (1) $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) $ |
| 3. | Attorney fees | 07/26/2017 – Certification of Default | (3) $200.00 |
| 4. | Filing fees and court costs | | (4) $ |
| 5. | Bankruptcy/Proof of claim fees | | (5) $ |
| 6. | Appraisal/Broker's price opinion fees | | (6) $ |
| 7. | Property inspection fees | | (7) $ |
| 8. | Tax advances (non-escrow) | | (8) $ |
| 9. | Insurance advances (non-escrow) | | (9) $ |
| 10. | Property preservation expenses. Specify:_____ | | (10) $ |
| 11. | Other. Specify:_____ | | (11) $ |
| 12. | Other. Specify:_____ | | (12) $ |
| 13. | Other. Specify:_____ | | (13) $ |
| 14. | Other. Specify:_____ | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Thomas Song, Esquire                                      Date  December 4, 2017
   Signature

Print:     Thomas Song, Esq., Id. No.89834                       Title
           First Name    Middle Name    Last Name

Company    Phelan Hallinan Diamond & Jones, LLP

Address    1617 JFK Boulevard, Suite 1400

           Philadelphia, PA 19103

Contact Phone  215-563-7000                                      Email  Thomas.Song@phelanhallinan.com